IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>HAMZA A ODAH<br>　　　Debtor | Case No. 25-11291-djb |
| ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC<br>　　　Movant | Chapter 13 |
| vs.<br>HAMZA A ODAH<br>And<br>ISLAM SALEM (NON-FILING CO-DEBTOR)<br>　　　Respondents | 11 U.S.C. §362 and §1301 |

### AFFIDAVIT IN SUPPORT OF
### MOTION FOR RELIEF FROM AUTOMATIC STAY

I, Alisha Hutcherson, employed as Loss Mitigation Officer

by Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, hereby certifies the following:

Recorded on April 17, 2023, in Burlington County, Book 13666, at Page 6596.

Property Address:
21 Elizabeth Ct S, Marlton, New Jersey 08053.

Mortgage Servicer:
Rocket Mortgage, LLC

Post-petition mailing address for Debtor(s) to send payment:
Rocket Mortgage, LLC
635 Woodward Avenue
Detroit, MI 48226

Mortgagor(s)/Debtor(s):
HAMZA A ODAH

**POST-PETITION PAYMENTS** (Petition was filed on April 1, 2025)

| Payment amount due | Date payment was due | Date payment was received | Amount received | Check number | How payment was applied (mo./yr.) |
|---|---|---|---|---|---|
| PLEASE SEE PAYMENT HISTORY ATTACHED AS EXHIBIT A ||||||

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   |   |   |   |   |   |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: 3 as of October 3, 2025.

TOTAL AMOUNT OF POST-PETITION ARREARS $8,491.15 as of October 3, 2025.

Upon information and belief, the payoff amount as of October 3, 2025 is $285,133.17.

Debtor's Schedule A/B lists a fair market value for the Property in amount of $486,455.00.

I certify under penalty of perjury that the above is true.

Dated: __10/28/25__

Rocket Mortgage, LLC f/k/a Quicken Loans, LLC

_/s/ signature_

Print Name and Title
Alisha Hutcherson, Loss Mitigation Officer