BANKRUPTCY POST-PETITION PAYMENT HISTORY

| Name: | Odah | | | **EXHIBIT A** | **Payment Changes** | |
|---|---|---|---|---|---|---|
| Date: | 10/3/2025 | | | | 5/1/2025 | $ 2,837.05 |
| BK Case # | 25-11291 | | | | | |
| BK File Date: | 4/1/2025 | | | | | |

| Date | Transaction Type | Amount Received | Monthly Payment Amount | Amount Applied | Applied to Date | Post Due Date | Debtor Suspense |
|---|---|---|---|---|---|---|---|
| 5/30/25 | post payment received | $ 2,837.05 | $ 2,837.05 | $ 2,837.05 | 5/1/2025 | 6/1/25 | |
| 6/1/25 | no payment received | | $ 2,837.05 | | | 6/1/25 | |
| 7/1/25 | no payment received | | $ 2,837.05 | | | 6/1/25 | |
| 8/14/25 | post payment received | $ 2,837.05 | $ 2,837.05 | $ 2,837.05 | 6/1/2025 | 7/1/25 | |
| 9/30/25 | post payment received | $ 2,857.05 | $ 2,837.05 | $ 2,837.05 | 7/1/2025 | 8/1/25 | $ 20.00 |
| 10/1/25 | no payment received | | $ 2,837.05 | | | 8/1/25 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | $ | 20.00 |
| | | | | | | | | |

Debtor suspense